Josephine Sams Abbott, Appellant, v. Charles R. Myers, Appellee.

*Abbott & Gaulden* and *A. A. Lefebvre,* for Appellant;

*Jack B. Ohlhaber,* for Appellee.

E. H. Ashcraft as Receiver, Appellant, v. Pryor & Brown Construction Company, Appellee.

*Samuel R. Dighton,* for Appellant;

*George P. Garrett,* for Appellee.

John B. Reilly and his wife, Appellants, v. Emma C. Watson, et al., Appellees.

*Burdine, Terry & Fleming,* for Appellant;

*J. W. Watson, Jr., Robert H. Anderson* and *Loftin, Stokes & Calkins,* for Appellees.